IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>BRIAN HICKS,<br><br>        Debtor.<br>_____/<br><br>KATHRYN SOLORSANO,<br><br>        Appellant,<br>  v.<br><br>BRIAN HICKS,<br><br>        Respondent.<br>_____/ | CASE NO. 5:11-cv-04691 EJD<br><br>(Appeal from Solorsano v. Hicks (In re Brian Hicks), Bankr. N.D. Cal. (San Jose) Case No. 10-52254, Adv. No. 11-05132)<br><br><br>**ORDER TO SHOW CAUSE** |

      Appellant Kathryn Solorsano ("Appellant") filed a Notice of Appeal from a decision of the Bankruptcy Court on September 12, 2011. See Docket Item No. 1. It also appears that Appellant filed a designation of items to be included in the record. See id. However, to date, the District Court has not received a copy of the record from the Bankruptcy Court. The court cannot proceed without such record.

      Accordingly, the court hereby issues an order to show cause requiring Appellant to investigate the whereabouts of the record in this matter. Such investigation should include, but is not necessarily limited to, contact with the bankruptcy clerk in charge of forwarding the record from that court to the District Court. Appellant may provide the bankruptcy clerk a copy of this Order to Show Cause and may inform the bankruptcy clerk that the record has not been received.

1

CASE NO. 5:11-cv-04691 EJD
ORDER TO SHOW CAUSE

1     Appellant shall file a brief declaration in response to this Order to Show Cause detailing the
2 efforts made to secure the record and providing any other pertinent information on or before
3 **September 17, 2012.**  If Appellant does not file a response as directed, the court will dismiss the
4 action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).
5     No hearing will be held on the order to show cause unless otherwise ordered by the court.
6 **IT IS SO ORDERED.**

8 Dated: September 7, 2012


EDWARD J. DAVILA
United States District Judge

**United States District Court**
For the Northern District of California

CASE NO. 5:11-cv-04691 EJD
ORDER TO SHOW CAUSE

2