IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br>BRIAN HICKS,<br>        Debtor.<br>_____/<br>KATHRYN SOLORSANO,<br>        Appellant,<br>  v.<br>BRIAN HICKS,<br>        Respondent.<br>_____/ | CASE NO. 5:11-cv-04691 EJD<br>(Appeal from Solorsano v. Hicks (In re Brian Hicks), Bankr. N.D. Cal. (San Jose) Case No. 10-52254, Adv. No. 11-05132)<br><br>**ORDER DISMISSING CASE** |

On September 7, 2012, the Court ordered Appellant to show cause in writing by September 17, 2012, why this case should not be dismissed for lack of prosecution because the record had not appeared on the District Court docket. See Docket Item No. 3. The court ordered Appellant to investigate the whereabouts of the record and file a declaration detailing her efforts. The Court admonished Appellant that the Court would dismiss this action with prejudice should she fail to respond.

As of this date, Appellant has not complied with the show cause order as directed. Accordingly, this case is DISMISSED WITH PREJUDICE for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b) and Federal Rule of Bankruptcy 8001. The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: September 18, 2012

                                        EDWARD J. DAVILA
                                        United States District Judge

CASE NO. 5:11-cv-04691 EJD
ORDER TO SHOW CAUSE